**Order filed February 11, 2020**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-20-00003-CV
———————

### NEWS NOW BAYTOWN, Appellant

### V.

### CITY OF BAYTOWN, MARK MILLER-PIO, NATASHA BARRETT, Appellees

---

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1144879**

---

## O R D E R

Appellant's brief was due February 3, 2020. No brief or motion for extension of time has been filed. Unless appellant files a brief with this court on or before **March 4, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.